

# Fourth Court of Appeals
## San Antonio, Texas

March 10, 2022

No. 04-21-00538-CV

Henry **CARREON**,
Appellant

v.

Joseph **KELLY**, MD, Hussein Waqar, MD, Metropolitan Healthcare System of San Antonio,
Limited LLP d/b/a Metropolitan Methodist Hospital,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-17867
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

Sitting:     Irene Rios, Justice
             Beth Watkins, Justice
             Liza A. Rodriguez, Justice

On February 28, 2022, this court received appellant's brief. The brief violates several requirements of the Texas Rule of Appellate Procedure. Specifically, the brief:

- is not double spaced. *See* TEX. R. APP. P. 9.4(d);

- does not contain a certificate of compliance stating the number of words in the brief. *See* TEX. R. APP. P. 9.4(i)(3);

- does not contain an index of authorities. *See* TEX. R. APP. P. 38.1(c);

- does not contain a statement of facts or statement of the case that is "supported by record references" or "a clear and concise argument of the contentions made, with appropriate citations to authorities and to the [appellate] record." Appellant's citations to his appendix are not sufficient. Appellant must cite to the appellate record. *See* TEX. R. APP. P. 38.1(d), 38.1(g), 38.1 (i); and

- is not accompanied by an appendix containing copies of the documents required by rule 38.1(k) of the Texas Rules of Appellate Procedures.  *See* TEX. R. APP. P. 38.1(k).

While it is true that pro se pleadings and briefs are to be liberally construed, a pro se litigant is still required to comply with the law and rules of procedure.  *Shull v. United Parcel Serv.*, 4 S.W.3d 46, 52–53 (Tex. App.—San Antonio 1999, pet. denied).

Accordingly, we ORDER appellant's February 28, 2022 brief STRICKEN.  We ORDER appellant Henry Carreon to file an amended brief that complies with rules 9.4 and 38.1 of the Texas Rules of Appellate Procedure on or before **April 7, 2022**.  *See* TEX. R. APP. 9.4(k); TEX. R. APP. P. 38.9(a)

If appellant fails to timely file a brief that complies with rules 9.4 and 38.1, this court will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1); *see also* TEX. R. APP. P. 42.3(c) (allowing dismissal of appellant's case if appellant fails to comply with a requirement of the Texas Rules of Appellate Procedure or an order of this court).

It is so **ORDERED** on March 10, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT